UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-60001-CR-COOKE/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Kifah Wael Jayyousi,

    Defendant.

_____/

### ORDER EXPEDITING BRIEFING SCHEDULE

**THIS MATTER** is before the Court *sua sponte*. Defendant Kifah Wael Jayyousi has filed a Motion for Bond Pending Sentence & Appeal [D.E. 1221]. The government's Response is due on October 17, 2007. It is hereby,

**ORDERED and ADJUDGED** that the government shall file its Response to defendant Jayyousi's Motion for Bond Pending Sentence & Appeal [D.E. 1221] no later than Friday, October 12, 2007.

**DONE and ORDERED** in chambers in Miami, Florida, this 4th day of October, 2007.

*(signed)* Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to: *All Counsel of Record*